IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE: 1:11cv158-RJC

| | |
|---|---|
| JACQUES CRAIG FLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| A. HERGENROTHER, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion.

Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 on June 29, 2011. (Doc. No. 1). Upon initial review of the Complaint, the Court dismissed Defendants Brookshire, Faircloth, Corpening, and Lewis and ordered Defendants Terrell and Hergenrother to file an Answer. (Doc. No. 3). Defendants filed an Answer on August 26, 2011. (Doc. No. 7). No dispositive motions have been filed by either party.

**IT IS, THEREFORE, ORDERED** that each party shall have thirty (30) days from the issuance of this Order to file a dispositive motion. If either Plaintiff or Defendants choose not to file a dispositive motion, that party shall file a written notice to that effect within fourteen (14) days of the issuance of this Order.

Signed: September 8, 2011

_____
Robert J. Conrad, Jr.
Chief United States District Judge