# United States District Court
# For The Western District of North Carolina
# Asheville Division

JACQUES CRAIG FLOYD,

       Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　1:11-cv-158-RJC

ADAM HERGENROTHER,
DUANE TERRELL,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

                          Signed: June 11, 2012

                          Frank G. Johns, Clerk
                          United States District Court